Costs of this proceeding are assessed against the Respondent.

All Justices concur.

---

**In the Matter of Isaac L. CONLEY.**

**No. 10S00–8604–DI–382.**

Supreme Court of Indiana.

July 2, 1987.

### ORDER ACCEPTING RESIGNATION

Comes now the Respondent, Isaac L. Conley, and tenders his Affidavit of Resignation pursuant to Admission and Discipline Rule 23, Section 17.

And this Court, being duly advised, now finds that the Respondent's affidavit meets the necessary elements set forth in Admission and Discipline Rule 23, Section 17. Accordingly, this Court now accepts Respondent's resignation which is to be effective immediately. In light of Respondent's resignation, we find further that this matter has become moot and should be dismissed as such.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Isaac L. Conley is hereby removed as a member of